# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARIA FERNANDA PENA RIVERA,<br><br>             Defendant. | Case No. 17-cr-03066-BAS<br><br>**ORDER DENYING MOTION FOR HARDSHIP CREDIT (ECF No. 147)** |

Presently before the Court is Defendant Maria Fernanda Pena Rivera's Motion for Hardship Credit for Hard Time Served. (ECF No. 147.) Ms. Pena Rivera submits that her time in custody has been particularly harsh in light of the COVID-19 pandemic—with reduced access to recreational services and increased confinement to her cell. (*Id.*) Therefore, she asks that the Court grant her "two days of credit for one day served." (*Id.*)

The Court recognizes that COVID-19 has taken its toll on those in custody. However, because the Court has already sentenced Ms. Pena Rivera, any calculation of credit for time served is within the exclusive province of the Bureau of Prisons, not the Court. *See See United States v. Peters*, 470 F.3d 907, 908 (9th Cir. 2006) (per curiam); *see also Dillon v. United States*, 560 U.S. 817, 824 (2010) ("A judgment of conviction that includes a sentence of imprisonment constitutes a final judgment and may not be modified by a district court except in limited circumstances."). Further, Ms. Pena Rivera, who is 24

- 1 -

years old, does not seek release from custody in light of the health risk COVID-19 poses specifically to her. Therefore, the Court **DENIES** her Motion for Hardship Credit for Hard Time Served.

**IT IS SO ORDERED.**

**DATED: May 12, 2021**

Hon. Cynthia Bashant
United States District Judge